IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHAEL TIPPINS,

          Petitioner,

VS.

CALVIN MORTON, WARDEN,

          Respondent.

          CIVIL ACTION FILE
          NO.  7:07-CV-30(HL)

## O R D E R

James E. Donald, Commissioner, Georgia Department of Corrections, has filed a motion to intervene as respondent so that the Office of the Attorney General for the State of Georgia can defend against this petition for the writ of Habeas Corpus.  For the reasons stated in the motion the same is hereby **GRANTED.**  Henceforth the respondent herein shall be James E. Donald, Commissioner, Georgia Department of Corrections.

SO ORDERED, this 31st  day of May 2007.

*/s/ Richard L. Hodge*_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE